UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

No. 7:17-CR-019-D-2

UNITED STATES OF AMERICA           )
                                   )
            v.                     )
                                   )
JAMES EARL SUTTON                  )

**ORDER**
**GRANTING MOTION TO SEAL**

THIS MATTER is before the Court on defendant's motion to file his Sentencing

Memorandum under seal.

FOR GOOD CAUSE SHOWN, defendant's motion is hereby GRANTED.

SO ORDERED, this the __8__ day of November, 2017.

_____

HON. JAMES C. DEVER, III
Chief Judge, U.S. DISTRICT COURT